# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAVJOT BRAR,<br><br>Petitioner,<br><br>V.<br><br>MARK BOWEN, et al.,<br><br>Respondents. | Case No. EDCV 26-0479 MWC (PVC)<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge.  The time for filing Objections to the Report and Recommendation has passed and no Objections have been received.  Accordingly, the Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

IT IS ORDERED that:

(1) Respondents are ORDERED to immediately release Petitioner unless Respondents have Provided Petitioner with a bond hearing under 8 U.S.C. § 1226(a);

(2) Respondents are ORDERED to file a notice of compliance advising how they complied with the District Court's Order within seven days;

(3) the granting of this interim relief does not moot the Petition, which remains pending.

IT IS FURTHER ORDERED that the Clerk serve copies of this Order on Petitioner at his current address of record and on counsel for Petitioner and Respondents.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: April 3, 2026

*Michelle W Court*

_____
MICHELLE WILLIAMS COURT
UNITED STATES DISTRICT JUDGE

2